IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| TRAILWAYS TRANSPORTATION SYSTEMS, INC., | ) ) | |
| Plaintiff, | ) ) | 1:10cv888 (JCC/IDD) |
| v. | ) ) | |
| LION CORPORATION | ) ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the May 10, 2011, Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within ten days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Plaintiff Trailways Transportation System, Inc, and against the Defendant Lion Corporation, with statutory damages in the total amount of $1,000 per day calculated from October 28, 2009 until Defendant ceases use of Plaintiff's Trailways Logos, pursuant to 15 U.S.C. § 117(d), plus attorney's fees and costs in the amount of $54,802.18. Plaintiff shall also be awarded unpaid membership dues in the amount of $4,340 at the Agreement's 18% per annum interest rate to run from the 10th day after payment was due until paid.

It is further Ordered that Defendant Lion Corporation, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all those in active concert and participation with Defendant shall be enjoined from engaging in, but not limited to, the registering of a domain name using any of the Trailways Marks. Furthermore, within fifteen (15) days after service of such

injunction, the Defendant is ordered to file with this Court a written report, under oath, setting forth in detail the manner in which Defendant has complied with this Court's Injunction.

                                                        /s/
                               James C. Cacheris
                          United States District Judge

Alexandria, Virginia
June 7, 2011